FANNIE GOLDFARB et al. v. HAROLD E. WRIGHT.— Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MARIE GROSS et al. v. CHRYSLER SALES CORPORATION.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LONDON CHARACTER SHOE CORPORATION et al. v. ALFRED S. DAVIS, as Treasurer of Retail Shoe Salesmens Union, Local 1115-F, American Federation of Labor, et al., Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ACME RIBBON MILLS, INC. v. CITY OF NEW YORK.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for the Widening of Southern Boulevard, in the Borough of The Bronx. HIRSCHHORN REALTY CORPORATION et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.